# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

COREY LANDMARK

VERSUS

NURSE MICHELLE RODRIQUEZ,
LPN; DR. TOCE; AND STATE OF
LOUISIANA THROUGH LOUISIANA
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS DIXON
CORRECTIONAL CENTER

NO.   2026 CW 0216

**JULY 22, 2026**

---

In Re:   State of Louisiana, through the Department of Public
Safety and Corrections, and Dr. Paul Toce, applying for
supervisory writs, 20th Judicial District Court, Parish
of East Feliciana, No. 46939.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DISMISSED.**  Pursuant to correspondence from relators'
counsel advising that this case is now concluded and requesting
that this writ application be withdrawn, the writ is dismissed.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT